DAVID P. MASTAGNI (SBN 57721)
PHILLIP R. A. MASTAGNI (SBN 238254)
ANTHONY S. FRANCESCHI (SBN 262297)
YOON-WOO NAM (SBN 284644)
GRANT A. WINTER (SBN 266329)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER & JOHNSEN**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiff(s),
CASEY WESTOVER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASEY WESTOVER,<br><br>    Plaintiff(s),<br><br>v.<br><br>RETAIL PRO INTERNATIONAL, LLC., and DOES 1-100, inclusive,<br><br>    Defendant(s). | Case No.: 2:13-CV-02365-JAM-CKD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and fees.

Respectfully Submitted,

Dated: March 17, 2014     **MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN, APC**

/s/ Anthony S. Franceschi
_____
Anthony S. Franceschi
Attorneys for Plaintiff

Dated: March 17, 2014     **SHAW VALENZA LLP**

/s/ Jasmine L. Anderson
_____
Jasmine L. Anderson
Attorneys for Defendant,
RETAIL PRO INTERNATIONAL, LLC

**ORDER FOR DISMISSAL**

Good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and fees.

Dated:  3/17/2014                                  /s/ John A. Mendez
                                                       HONORABLE JOHN A. MENDEZ
                                                       UNITED STATES DISTRICT COURT JUDGE